IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-00303-01-CR-W-GAF |
| | ) | |
| CHAD D. RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress (Doc. #37). Defendant seeks to suppress evidence seized from him during a traffic stop and a video statement made by Defendant obtained as a result of an unlawful search.

On May 26, 2011, United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing. On July 29, 2011, Judge Maughmer issued his Report and Recommendation (Doc. #55).

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress (Doc. #37) is OVERRULED and DENIED.

SO ORDERED.

                                                                                                       s/ Gary A. Fenner
                                                                                                       Gary A. Fenner, Judge
                                                                                                       United States District Court

DATED: August 22, 2011